[No. 6265.]

CHENOWETH ˙V. STATE BOARD OF MEDICAL EXAMINERS
ET ALS.

*Error to Denver District Court.*—Hon. JOHN I. MUL-
LENS, Judge.

Mr. CHARLES L. DICKERSON, for plaintiff in error. ˙ .

Mr. HARRY E. KELLY and Mr. CHARLES H. HAINES, for
defendants in error.

Per curiam.

This case is before us on error from the District
Court denying petition for an injunction, asking to enjoin
the State Board of Medical Examiners from the hearing
and determination of a complaint, filed against the plain-
tiff in error, charging him with the publication of an ad-
vertisement relative to sexual diseases. Within the few
days after the refusal of the injunction in this case, the
Medical Board heard and determined the complaint in
question and revoked the license of Dr. Chenoweth.

That case has been decided at this term of court,
*Chenoweth v. State Medical Board, post,* No. 7177, 141
Pac. 132. Under this state of facts it can serve no useful
purpose to proceed further with this case which for such
reason is dismissed.

*En banc.*